Case 2:15-cr-00025-JMS-CMM   Document 38   Filed 03/12/25   Page 1 of 1 PageID #: 130

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Alexis Betancourt-Gordon<br><br>Date of Original Judgment: 11/07/2016<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: 2:15CR00025-001<br>)  USM No: 32555-069<br>)<br>)  Jacob Leon<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   15 months   months **is reduced to**   12 months and 1 day*   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* to be served consecutively to the defendant's imprisonment under any previous state or federal sentence.

Except as otherwise provided, all provisions of the judgment dated   11/07/2016   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   March 12, 2025

Effective Date:   _____
*(if different from order date)*

*Judge's signature*

Honorable Jane Magnus-Stinson, U.S. District Court Judge
*Printed name and title*